IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARRELL HEDGES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:06-CV-510-JPG ) |
| YOSEMITE INSURANCE COMPANY and AMERICAN GENERAL FINANCE SERVICES, INC., | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** February 22, 2007                             **NORBERT JAWORSKI**

                                                              By Brenda K. Lowe
                                                                 Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**